IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN PHILIP HASTY,                    :

    Plaintiff,                    :

vs.                                    :    CA 10-0616-C

MICHAEL J. ASTRUE,                    :
Commissioner of Social Security,
                                  :
    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $2,127.54 under the Equal Access to Justice Act, representing compensation for 11.8 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted rate of $180.30 an hour.

**DONE** this the 27th day of February, 2012.

        s/WILLIAM E. CASSADY
        **UNITED STATES MAGISTRATE JUDGE**